# EXHIBIT A

Smoking Jesus 2009