# EXHIBIT B



*Jesus First Bike*