# EXHIBIT C



*The Hero*